**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT 18 2006 ★

BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ZYPREXA<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1596 |
| THIS DOCUMENT RELATES TO:<br>*Darlene Gross, et al. v. Eli Lilly & Co.* | 1:05-cv-05304 |

## STIPULATION OF DISMISSAL

NOW, on this __5__ day of __October__, 2006, it is hereby STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that Plaintiff Jeannette Crawford hereby dismisses her claims against Defendant, Eli Lilly and Company, in the above-referenced matter without prejudice. The parties will bear their own costs and counsel fees.

_/s/ Kathryn Harrington_
Kathryn Harrington
Hollis & Wright, P.C.
505 North 20th Street, Suite 1750
Birmingham, AL 35203
(205) 324-3600

Attorney for Plaintiffs

_/s/ Nina M. Gussack_
Nina M. Gussack
Barry H. Boise
Charles J. Kocher
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

and

Samuel J. Abate, Jr. (SA 0915)
McCarter & English, LLP
245 Park Avenue
New York, NY 10167

Attorneys for Defendant Eli Lilly and Company

SO ORDERED:
_/s/_
Senior Judge
10/10/06